UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DIANA STEVENS**   Case No. 3:11-cv-01359-PK

Plaintiff,

vs.

~~PROPOSED~~ ORDER FOR EAJA FEES

**COMMISSIONER of Social Security,**

Defendant.

---

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of **$5055.01** shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program. See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). There are no costs or expenses.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Martin R. Cohen, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

Any check for EAJA fees should be mailed to Plaintiff's attorney as follows:

**Martin R. Cohen**
**Attorney at Law**
**PO Box 1229**
**Lake Oswego, OR 97035**

DATED this 12th day of March, 2012.

/s/ Paul Papak
HON. PAUL PAPAK
UNITED STATES MAGISTRATE JUDGE

Presented by:
/s/ Linda Ziskin
LINDA ZISKIN, OSB # 011067
(503) 889-0472
Of Attorneys for Plaintiff